SIGNED.

Thomas A. McCarville, Esq., SBN 001113
David A. McCarville, Esq., SBN 024470
Joshua R. Wallace, Esq., SBN 026395
**MCCARVILLE LAW OFFICES, PLC**
501 North Florence Street, Ste. 101
Casa Grande, Arizona 85222
Phone: (520) 316-0610
Fax: (520) 316-0613
Email: mcl@mccarvillelawoffices.com
Attorneys for Movant LaSALLE BANK, N.A.,
as Trustee for the MLMI Trust Series 2006-AR1

Dated: December 21, 2009



JAMES M. MARLAR
Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN MICHAEL MORENO and JOY TANALEE MORENO,<br><br>                  Debtor(s). | CHAPTER 7<br><br>CASE NO.: 4:09-bk-29702-JMM |
| LaSALLE BANK, N.A., as Trustee for the MLMI Trust Series 2006-AR1,<br><br>                  Movant,<br><br>v.<br><br>JOHN MICHAEL MORENO and JOY TANALEE MORENO, Debtors; and GAYLE ESKAY MILLS, Chapter 7 Trustee,<br><br>                  Respondents. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

Movant LaSALLE BANK, N.A., as Trustee for the MLMI Trust Series 2006-AR1's Motion for Relief from the Automatic Stay and Notice having been duly served upon Debtors, the Debtors' counsel, the Chapter 7 Trustee, and the United States Trustee, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

/ / /

/ / /

In re JOHN MICHAEL MORENO and JOY TANALEE MORENO      1      CASE NO. 4:09-bk-29702-JMM
ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated as it applies to Movant regarding property commonly known as 625 West Racine Loop, Casa Grande, Arizona 85122 ("Real Property"), and legally described as follows:

> LOT 169, OF SK RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET C, SLIDE 120
>
> EXCEPT 1/16th OF ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCE, HELIUM OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL, METALS, MINERAL, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WTH ALL URANIUM, THORIUM, OR ANY OTHER MATERIALS WHICH MAY BE DETERMINED TO BE PARTICULARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS AS PROVIDED BY A.R.S. § 37-231, AS RESERVED IN THE PATENT FROM THE STATE OF ARIZONA RECORDED IN DOCKET 1669, PAGE 558.
>
> ASSESSOR'S PARCEL ID NUMBER: 504-67-16907

2. Movant may offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code; and

4. Counsel for Movant is to serve a copy of this Order immediately upon Debtor and the Chapter 7 Trustee, and all other interested parties entitled to Notice of Motion.

DATED this ___ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

McCARVILLE LAW OFFICES, PLC
501 N. Florence Street, Suite 101
Casa Grande, AZ 85222
Phone: 520-316-0610